UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Courtney Bycroft v. Bayer Corporation, et al.* | No. 12-cv-20013-DRH |
| *Keli Cannon, et al. v. Bayer Corporation, et al.* | No. 11-cv-20107-DRH |
| *Amber Cooper v. Bayer Corporation, et al.* | No. 11-cv-20012-DRH |
| *Taryn Cudlitz v. Bayer Corporation, et al.* | No. 10-cv-20323-DRH |
| *Cara Davis v. Bayer Corporation, et al.* | No. 11-cv-20139-DRH |
| *Lynne Harrosh-Marovic v. Bayer Corporation, et al.* | No. 12-cv-20085-DRH |
| *Angie Kabler, et al. v. Bayer Corporation, et al.* | No. 11-cv-20113-DRH |
| *Sandra M. Leonard, et al. v. Bayer Corporation, et al.* | No. 10-cv-20215-DRH |
| *Brenda Lloyd, et al. v. Bayer Corporation, et al.* | No. 11-cv-20141-DRH |
| *Heather Mitchell, et al. v. Bayer Corporation, et al.* | No. 11-cv-20035-DRH |
| *Michelle Muth v. Bayer Corporation, et al.* | No. 12-cv-20051-DRH |
| *Rima Roitman, et al. v. Bayer Corporation, et al.* | No. 12-cv-20022-DRH |
| *Linda Rubio v. Bayer Corporation, et al.* | No. 12-cv-20065-DRH |
| *Carolyn Tucker v. Bayer Corporation, et al.* | No. 10-cv-20375-DRH |
| *Kristin Van Zyl, et al. v. Bayer Corporation, et al.* | No. 11-cv-20117-DRH |
| *Renee Virts, et al. v. Bayer Corporation, et al.* | No. 12-cv-20083-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on May 19, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                    **JUSTINE FLANAGAN,**
                                    **ACTING CLERK OF COURT**

                                    **BY:** /s/*Caitlin Fischer*
                                          **Deputy Clerk**

**Dated:** May 21, 2014

Digitally signed by David R. Herndon
Date: 2014.05.21 16:02:14 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**